UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Terry J. Paskon
                               Plaintiff,

v.                                                          Case No.: 1:18−cv−07042
                                                           Honorable Elaine E. Bucklo

Armor Systems Corporation
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 12, 2019:

      MINUTE entry before the Honorable Elaine E. Bucklo: Motion hearing held on 7/12/2019. Plaintiff's failed to appear. This matter is dismissed for failure to prosecute this claim. All pending motions are stricken. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.